JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA AVILA, an individual;<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CORE-MARK INTERNATIONAL, INC., a corporate entity form unknown; e al,<br><br>　　　　Defendants. | **Case No.:** 2:21-CV-03255-MWF-MAA<br><br>Assigned for all purposes to the Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING PARTIES' STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41** |

Based on stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff Olivia Avila's entire action as against all parties is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) and that each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: August 6, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge